467 A.2d 43

Commonwealth v. Hess, Appellant.

Submitted February 10, 1983. Herbert V. Giobbi, for appellant; Michael Vedomsky, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Judgments of sentence affirmed.

467 A.2d 44

Commonwealth v. Hnastischen, Appellant.

Submitted June 22, 1983. Frank Robert Cori, Public Defender, for appellant; Adam D. Bavolack, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.